UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACKELYN KELLER,

                Plaintiff,

        v.

ABOUT, INC. d/b/a DOTDASH,

                Defendant.
------------------------------------------------------------X

No. 21-cv-228 (JMF)

**AFFIDAVIT OF SERVICE OF VALDI LICUL**

STATE OF NEW YORK   )
                     S.S.:
COUNTY OF NEW YORK)

I, Valdi Licul, hereby certify as follows:

1. I am over the age of 18 and am not a party to this action.

2. I am a Partner at Wigdor LLP, counsel for Plaintiff.

3. I hereby certify that on January 13, 2021, counsel for Defendant was served with a copy of the Notice of Initial Pre-Trial Conference and the Court's Individual Rules and Practices.

4. The foregoing documents were served *via* email at rquackenboss@hunton.com and brownj@hunton.com to counsel for Defendant About, Inc. d/b/a Dotdash

.

                                                                   _____
                                                                     Valdi Licul