UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKELYN KELLER,<br><br>        Plaintiff,<br><br>v.<br><br>ABOUT, INC. d/b/a DOTDASH,<br><br>        Defendant. | Case No:   1:21-cv-00228 (JMF)(OTW) |

### DOTDASH's RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant About, Inc. a/k/a Dotdash (hereafter, "Dotdash") states as follows:

1. Dotdash is a Delaware corporation with its principal place of business in New York, New York. Dotdash is a wholly owned subsidiary of IAC/InterActiveCorp., a publicly traded corporation that owns 10% or more of Dotdash's stock.

2. Dotdash is not aware of any other corporations, unincorporated associations, partnerships or other business entities that are not parties that have a financial interest in the outcome of the litigation.

Dated:  February 2, 2021

Respectfully Submitted,

HUNTON ANDREWS KURTH LLP

By: */s/ Robert T. Quackenboss*
     Robert T. Quackenboss
     Sima Kazmir
     200 Park Avenue
     New York, New York 10166
     (212) 309-1000
     rquackenboss@hunton.com

- 2 -

skazmir@hunton.com

Jason P. Brown (*pro hac vice* forthcoming)
2200 Pennsylvania Avenue, NW
Washington, District of Columbia 20037
(202) 955-1500
brownj@hunton.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that, on February 2, 2021 I filed a true and correct copy of the foregoing document via the Court's electronic-filing system, which will send electronic notification of such filing to all counsel-of-record in this action.

                                */s/ Robert T. Quackenboss*
                                Robert T. Quackenboss