

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Valdi Licul**
vlicul@wigdorlaw.com

February 14, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States Courthouse
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

    Re:    Jackelyn Keller v. About Inc. d/b/a Dotdash; Case No. 21-cv-00228

Dear Judge Furman:

We represent the Plaintiff Jackelyn Keller in the above matter. We write to respectfully request an extension of two weeks, to March 2, 2021, for Plaintiff's Opposition to Defendant's Motion to Compel Arbitration, originally due February 16, 2021. The reason for the request is several time sensitive deadlines in other matters. An extension will ensure Plaintiff's thorough response to Defendants' motion. This is Plaintiff's first request for an extension. Opposing counsel has consented. The parties are scheduled for a pre-trial conference before the Court on April 22, 2021.

Respectfully,

Valdi Licul