UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JACKELYN KELLER :
:
:
Plaintiff, :
: 21-CV-228 (JMF)
-v- :
: ORDER
:
ABOUT, INC. d/b/a DOTDASH, :
:
Defendant. :
:
:
------------------------------------------------------------------ :
X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's motion to stay proceedings and compel arbitration, ECF No. 9, the initial pretrial conference currently scheduled for April 22, 2021 is ADJOURNED *sine die* pending resolution of the motion.

    SO ORDERED.

Dated: April 9, 2021
       New York, New York

                                                 JESSE M. FURMAN
                                               United States District Judge