UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JACKELYN KELLER                                                         :
:
:
Plaintiff,                              :
:           21-CV-228 (JMF)
-v-                                         :
:                ORDER
:
ABOUT, INC. d/b/a DOTDASH,                                              :
:
Defendant.                              :
:
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties' Joint Letter Motion to Seal, ECF No. 28, is granted temporarily pending resolution of the underlying Petition to Compel, ECF. Nos. 29-30.  The Court is skeptical that the name of the third-party witness whom Plaintiff seeks to compel should remain redacted but will reserve judgment on that issue to give the witness an opportunity to be heard.

      **No later than August 9, 2022**, the third-party witness shall file any response to the Petition to Compel in the form of a letter brief not to exceed four pages.  No reply may be filed without prior leave of the Court.

      Plaintiff shall serve a copy of this Order on the witness by overnight courier no later than **August 4, 2022**, and shall file proof of such service by August 5, 2022.

      The Clerk of Court is directed to terminate ECF No. 28.

      SO ORDERED.

Dated: August 3, 2022
      New York, New York
                                             JESSE M. FURMAN
                                         United States District Judge