# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**John S. Crain**
jcrain@wigdorlaw.com

August 8, 2022

**VIA EMAIL**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    <u>Keller, Jackelyn vs. About, Inc., dba DotDash; JAMS Ref. No. 1425034960</u>

Dear Judge Furman,

We write with regards to the Court's minute orders at Dkt. 31 and Dkt. 33, ordering service of Plaintiff's Petition to Compel and the Court's Oder, and filing of an affidavit by today. Counsel for the third-party witness contacted us today and informed us that service of the underlying arbitration subpoena was not successful. Accordingly, we respectfully move to withdraw the petition to compel without prejudice, pending service of the underlying subpoena.

Respectfully submitted,

*John S. Crain*
John S. Crain

Application GRANTED. Counsel is directed to serve a copy of this Order on counsel for the third-party witness. The Clerk of Court is directed to terminate ECF Nos. 30 and 34. SO ORDERED.

August 9, 2022